IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAURENCE R. WAGNER,<br><br>    Plaintiff,<br><br>vs.<br><br>THE HONORABLE JOHN MCHUGH,<br>Secretary of the Army; et. al;<br><br>    Defendants. | 8:12CV174<br><br>MEMORANDUM AND ORDER |

IT IS ORDERED:

1) The defendant's motion for an extension of time in which to file dispositive motions, (Filing No. 109), is granted.

2) Motions to dismiss or for summary judgment shall be filed on or before July 31, 2014.

June 20, 2014.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge